B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Western District Of Wisconsin (Madison)

In re   Henry S Jowett and Carol C Jowett_____ ,                Case No.   16-13371_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Cerastes, LLC _____                    Check N Go _____
Name of Transferee                                                Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known):   3 _____
should be sent:                                          Amount of Claim:   $1099.78 _____
Cerastes, LLC                                            Date Claim Filed:   October 13, 2016 _____
C/O Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

Phone:   (877) 332-3543 _____             Phone: _____

Last Four Digits of Acct #:   5913 _____      Last Four Digits of Acct #:   5913 _____

Name and Address where transferee payments          Seller Information
should be sent (if different from above):           Check N Go
Cerastes, LLC
C/O Weinstein & Riley, P.S.
P.O. Box 3978
Seattle, WA 98124-3978

Phone:   (877) 332-3543 _____

Last Four Digits of Acct #:   5913 _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jordan Morrison, Supervisor _____        Date:  October 30, 2017 _____
       Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*