**THIS ORDER IS SIGNED AND ENTERED.**

Dated: December 12, 2017

Hon. Catherine J. Furay
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN
_____

In Re: Henry S & Carol C Jowett           Bankruptcy No. 16-13371-13

_____

ORDER OF DISMISSAL
_____

The Motion of Trustee Mark Harring, party in interest, requesting this court to dismiss the Chapter 13 proceedings herein, having been filed, and the required notice having been given, and it appearing that cause does exist for dismissal of said case, in that debtor has materially defaulted under its Chapter 13 Plan, and that the best interests of the creditors and the estate will be served by dismissal.

IT IS ORDERED that pursuant to 11 USC 1307 (c), the proceedings herein are hereby dismissed.

IT IS FURTHER ORDERED that, unless previously paid in full, all fees related to the above-entitled case are due and owing. Motions for reconsideration of this order of dismissal will not be entertained by the Court unless all unpaid fees are paid at the time the motion is made.

###

```
                         United States Bankruptcy Court
                         Western District of Wisconsin

In re:                                                     Case No. 16-13371-cjf
Henry S Jowett                                             Chapter 13
Carol C Jowett
        Debtors               CERTIFICATE OF NOTICE
District/off: 0758-3          User: tina               Page 1 of 2              Date Rcvd: Dec 13, 2017
                              Form ID: pdf804          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db/jdb         +Henry S Jowett,    Carol C Jowett,    W10286 Cty O,    Portage, WI 53901-9452
4356984        +Attorney M. Abigail ODess,    ODess and Associates, S.C.,    1414 Underwood Ave., Ste. 403,
                 Wauwatosa, WI 53213-2653
4360915         Check 'n Go,    C/O Real Time Resolutions, Inc.,    PO Box 566027,    Dallas, TX 75356-6027
4356974        +Check n Go,    2830 New Pinery Road, Suite 1,    Portage, WI 53901-9263
4381706         CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
4356976        +CitiMortgage, Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
4356977        +Dean Clinic,    1802 W. Beltline Highway,    Madison, WI 53713-2334
4356981        +Ferrellgas INC,    One Liberty Plaza MD 40,    Liberty, MO 64068-2971
4356982        +Frontier Communications,    P.O. Box 5157,    Tampa, FL 33675-5157
4356983         HealthDirect Pharmacy Services, Inc.,    P.O. Box 988,    Buffalo, NY 14240-0988
4356986        +Portage Veterinary Clinic,    702 E. Albert Street,    Portage, WI 53901-1465
4390024        +SSM Health Dean Medical Group,    1808 W. Beltline Highway,    Madison WI 53713-2334
4356987        ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: U.S. Bank,    P.O. Box 6352,    Fargo, ND 58125)
4356989         Wells Fargo Auto Finance,    MAC S3931-049,    P.O. Box 29704,    Phoenix, AZ 85038-9704
4363431        +Wells Fargo Bank, N.A. - Wells Fargo Auto Finance,    435 Ford Road, Suite 300,
                 St. Louis Park, MN 55426-4938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Dec 13 2017 19:19:05     Cerastes, LLC,
                 C/O Weinstein & Riley, PS,    2001 Western Ave,    Ste 400,    Seattle, WA 98121-3132
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2017 19:26:44
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: rmscedi@recoverycorp.com Dec 13 2017 19:21:29
                 Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
4508928        +E-mail/Text: bncmail@w-legal.com Dec 13 2017 19:19:05     Cerastes, LLC,
                 C/O Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
4356978         E-mail/Text: Bankruptcy.Consumer@dish.com Dec 13 2017 19:18:59     Dish,    P.O. Box 7203,
                 Pasadena, CA 91109-7303
4356979        +E-mail/Text: kromero@dshealthcare.com Dec 13 2017 19:18:58     Divine Savior Healthcare,
                 P.O. Box 387,    Portage, WI 53901-0387
4372853        +E-mail/PDF: cbp@onemainfinancial.com Dec 13 2017 19:21:29     ONEMAIN,    605 MUNN ROAD EAST,
                 Fort Mill SC 29715-8421
4356985         E-mail/PDF: cbp@onemainfinancial.com Dec 13 2017 19:21:28     OneMain,    Bankruptcy Dept.,
                 P.O. Box 6042,    Sioux Falls, SD 57117-6042
4454822         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2017 19:26:44
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4357948         E-mail/PDF: rmscedi@recoverycorp.com Dec 13 2017 19:21:20
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
4377230        +E-mail/Text: bankruptcy.noticing@security-finance.com Dec 13 2017 19:18:53
                 SFC Central Bankruptcy,    PO Box 1893,    Spartanburg, SC 29304-1893
4356988         E-mail/Text: specialbillingservices@uwmf.wisc.edu Dec 13 2017 19:18:58
                 University of Wisconsin Medical Foundation,    P.O. Box 2978,    Milwaukee, WI 53201-2978
4356990        +E-mail/PDF: bk@worldacceptance.com Dec 13 2017 19:21:21     World Finance,
                 2555 New Pinery Road,    Portage, WI 53901-1211
4371927        +E-mail/PDF: bk@worldacceptance.com Dec 13 2017 19:21:29     World Finance Corporation,
                 attn: Bankruptcy,    PO Box 6429,    Greenville, SC 29606-6429
                                                                                             TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage, Inc.
cr*            +Wells Fargo Bank, N.A - Wells Fargo Auto Finance,    435 Ford Road, Suite 300,
                 St. Louis Park, MN 55426-4938
4356975*       +Check n Go,    2830 New Pinery Road, Suite 1,    Portage, WI 53901-9263
4356980*       +Divine Savior Healthcare,    P.O. Box 387,    Portage, WI 53901-0387
                                                                                TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0758-3          User: tina                    Page 2 of 2                    Date Rcvd: Dec 13, 2017
                              Form ID: pdf804               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
          Katherine J. Kruger    on behalf of Joint Debtor Carol C Jowett kkruger@kammerlaw.com
          Katherine J. Kruger    on behalf of Debtor Henry S Jowett kkruger@kammerlaw.com
          Mark  Harring    court@ch13wdw.org
          Shannon K. Cummings    on behalf of Creditor    CitiMortgage, Inc. scummings@johnsonblumberg.com,
           bkecfnotices@johnsonblumberg.com
          U.S. Trustee's Office    USTPRegion11.MD.ECF@usdoj.gov
                                                                                           TOTAL: 5
```